■ In the Matter of the Estate of SYLVAN LAWRENCE, Deceased. ALICE LAWRENCE, Appellant-Respondent; SEYMOUR COHN, as Executor of SYLVAN LAWRENCE, Deceased, Respondent-Appellant.—Order, Surrogate's Court, New York County (Renee R. Roth, S.), entered on or about December 10, 1990,

unanimously affirmed for the reasons stated by Renee R. Roth, S., without costs or disbursements. No opinion. Concur— Carro, J. P., Milonas, Ross and Rubin, JJ.